*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, LAWRENCE, and STEWART
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Abdiel A. HERNANDEZ-LEBRON**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202000177**

Decided: 10 February 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen F. Keane

Sentence adjudged 12 May 2020 by a general court-martial convened at Marine Corps Air Ground Combat Center Twentynine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, forfeiture of all pay and allowances for twelve months,[1] and a bad-conduct discharge.

For Appellant:
*Captain Daniel J. McCoy, JAGC, USN*

---

[1] The convening authority disapproved the adjudged forfeitures as an act of clemency.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.